# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Dossie T. Gray  Docket No.  5:11-MJ-1299-1

## Petition for Action on Probation

COMES NOW Matthew Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dossie T. Gray, who, upon an earlier plea of guilty to 18 U. S.C. § 13 assimilating N.C.G.S. 20-138.1, Driving While Impaired Level -3, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on July 13, 2011, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

2. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

3. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 30 days as arranged by the U.S. Probation Office. This term is to be served immediately.

4. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

On September 14, 2011, the defendant was returned to court for using controlled substances. The probation sentence originally imposed was continued with the following modifications:

1. The defendant shall undergo placement in a residential reentry center for a period of 120 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

2. The defendant shall submit documentation to the satisfaction of the probation office that she is actively seeking employment or is employed.

Dossie T. Gray
Docket No. 5:11-MJ-1299-1
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 14, 2011, the defendant admitted that she received a Driving While License Revoked and Failure to Burn Headlamp citation. These offenses occurred on August 23, 2011, and she was charged in Cumberland County, North Carolina (11CR728331). She admits to these violations and the cases are pending in state court. As a sanction for these violations, it is recommended that she perform 24 hours of community service.

The defendant signed a Waiver of Hearing agreeing to the proposed of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Matthew Smith |
| Robert K. Britt | Matthew Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: October 11, 2011 |

**ORDER OF COURT**

Considered and ordered this 18th day of October, 2011, and ordered filed and made a part of the records in the above case.

/s/ James E. Gates
James E. Gates
United States Magistrate Judge